IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50100
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES CRAIG JOHNSTON,
also known as Jaws,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-97-CR-315-2
- - - - - - - - - -
March 10, 1998
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Charles Craig Johnston appeals from the district court's order denying his motion for review of the magistrate judge's detention order and to set conditions of release. The district court's decision, which affirmed the magistrate judge's detention order, rests upon the conclusion that Johnston has not rebutted the presumption that no condition or combination of conditions will reasonably assure his presence at trial. See 18 U.S.C.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 3142(e).  This conclusion is supported by the record.  <u>See</u>

<u>United States v. Rueben</u>, 974 F.2d 580, 586 (5th Cir. 1992).

Accordingly, the district court's order denying Johnston's motion

for review of the detention order is AFFIRMED.